UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIE COUNTY NEW YORK,<br><br>                Plaintiff,<br><br>       v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, et al.,<br><br>                Defendants. | Civil Action No. 25-0783 (JEB) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of SIAN JONES, Assistant U.S. Attorney, as counsel of record for Defendants in the above-captioned case.

Respectfully submitted,

  /s/ Sian Jones
SIAN JONES, DC Bar # 1024062
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2578
Sian.Jones@usdoj.gov