## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ERIE COUNTY, NEW YORK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-783-JEB |
| | ) | |
| THE CORPORATION FOR NATIONAL | ) | |
| AND COMMUNITY SERVICE, and | ) | |
| JENIFFER BASTRESS TAHMASEBI, | ) | |
| in her capacity as interim agency head, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## (Rule 41)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Erie County New York hereby dismisses this case without prejudice, pursuant to Rule 41, because Defendant has changed its certification requirements since the filing of this suit. The motion for a preliminary injunction filed on March 21, 2025 (ECF No. 5), is accordingly withdrawn.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
Gerstein Harrow LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
Gerstein Harrow LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293